Robert P. Henk (147490)
Sheri L. Leonard (173544)
**HENKLEONARD**
**A Professional Law Corporation**
735 Sunrise Avenue, Suite 160
Roseville, CA  95661
Telephone:      (916) 787-4544
Facsimile:      (916) 787-4530

Attorneys for Plaintiff,
**MARK HOWELL**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARK HOWELL,** | ) Case No.:  CIV-S-03-2428 WBS KJM |
| **Plaintiff,** | ) |
| **vs.** | ) **REQUEST FOR DISMISSAL** |
| **GRUBB & ELLIS COMPANY** and **DOES 1** through **10**, inclusive**,** | ) |
| **Defendants.** | ) |

        Plaintiff, **MARK HOWELL**, hereby requests a dismissal with prejudice as to his

complaint and entire causes action for damages against Defendant, **GRUBB & ELLIS**

**COMPANY**.


DATED: _____          **HENK LEONARD**
                                **A Professional Law Corporation**


                                /s/ SHERI L. LEONARD_____
                                **SHERI L. LEONARD**
                                Attorneys for Plaintiff,
                                **MARK HOWELL**

Request for Dismissal

1  DATED: _____          **LITTLER MENDELSON**

2

3                                 /s/MATTHEW RUGGLES (as authorized on 4/7/05)

4                                 **MATTHEW RUGGLES**
                                  Attorneys for Defendant,
5                                 **GRUBB & ELLIS COMPANY**

6

7

8  **IT IS SO ORDERED.**

9

10

11  DATED:  May 10, 2005

12

13                                 WILLIAM B. SHUBB
                                   UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

Request for Dismissal